**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:　　　　　　　　　　　　　　　　　　Case No. 18-25077-AJC
　　　　　　　　　　　　　　　　　　　　　Chapter 13
**CARMEN SALAZAR**

　　__Debtor__　　/

**MOTION TO SHORTEN PREJUDICE PERIOD**
**TO FILE A CHAPTER 13 CASE**

COMES NOW, the Debtor, CARMEN SALAZAR, by and through their undersigned counsel files this MOTION TO SHORTEN PREJUDICE PERIOD TO FILE A CHAPTER 13 CASE and as grounds states:

1. This is a confirmed Chapter 13 case filed on 12/05/2018.
2. The Debtor is become ill and has incurred additional medical bills.
3. The Debtor is in need to file a new Bankruptcy in order to address these new creditors..
4. The Debtor qualifies and is ready, able and willing to file a new Chapter 13 bankruptcy case.
5. This Bankruptcy is not intended to hinder or delay any creditors .
6. The prejudice to the Debtor would substantially outweigh any prejudice to the Creditors in this case.
7. The Debtor seeks permission from this Court to shorten prejudice period, after an entry of voluntary dismissal of the above referenced case in order to file a new Chapter 13 bankruptcy case.

Wherefore, the Debtor respectfully requests that this Court grant the Debtor's Emergency Motion To Allow Shortening Of Prejudice Period.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this Motion To Allow Shortening Of Prejudice Period was mailed to was sent to Nancy Neidich, Trustee via ECF , Office of the United States Trustee via ECF, all parties of record listed registered via NEF in the above referenced case and all other parties listed in the matrix that have not registered in the NEF via U.S. Mail on this 21st day of February, 2020.

/s/Teresa M. Alvarez, Esq,
FBN 973677
TERESA MARIA ALVAREZ, P.A.
Attorney for the debtor
2525 Ponce de Leon Boulevard
Suite 300
Coral Gables, FL 33134
TEL 305-667-3040
ecf@teresaalvarezpa.com