## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re: Carmen Salazar                                      Case No. 18-25077

Chapter 13

_____ Debtor     /

## NOTICE OF WITHDRAWAL [DE 57]

Notice is hereby given that [DE 57] are hereby withdrawn.

**I HEREBY CERTIFY** that a true and correct copy of the Foregoing Notice of Withdrawal, was sent to Nancy Neidich, Trustee  via ECF, and all parties of record listed registered via NEF in the above referenced case and all other parties  listed in the matrix that have not registered in the NEF via U.S. Mail  17th day of March, 2019.

/s/Teresa M. Alvarez, Esq.
    FBN 973677
TERESA MARIA ALVAREZ, P.A.
Attorney for the debtor
2525 Ponce de Leon Boulevard
Suite 300
Coral Gables, FL 33134
TEL 305-667-3040
ecf@teresaalvarezpa.com